```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 17-18197-mdc
Tramell D Knight                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: May 21, 2018
                              Form ID: 152            Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db             +Tramell D Knight,    6724 Rutland Street,    Philadelphia, PA 19149-2130
14023882       +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14023883       +Capital One Na,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14023885       +Cbusasears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14023886        City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
14023887       +Clarence Craig,    5030 N. 7th Street,    Philadelphia, PA 19120-3104
14023889       +Comenity Bank/Jessica London,    Po Box 182125,    Columbus, OH 43218-2125
14023891       +Comenity Bank/OneStopPlus.com,    Po Box 182125,    Columbus, OH 43218-2125
14023888       +Comenity Bank/fashbug,    Po Box 182272,    Columbus, OH 43218-2272
14023890       +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
14023892       +Comenity Bank/roamans,    Po Box 182789,    Columbus, OH 43218-2789
14023894       +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                 Syosset, NY 11791-4401
14023895        Drs. Funt & Mogyoros,    401 Township Line Road,    Suite C,   Elkins Park, PA 19027-2202
14023898       +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14038752       +Massey’s,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14039334       +PENNSYLVANIA HOUSING FINANCE AGENCY,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14023906      ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
                (address filed with court: Professional Recovery Consultants,    P.O. Box 51187,
                 Durham, NC 27717-1187)
14023902        PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14023908        Southwest Credit Systems, LP,    PO Box 650543,    Dallas, TX 75265-0543
14023913       +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14023914       +Transworld Systems. - SBEND,    P.O. Box 15270,    Wilmington, DE 19850-5270
14023916       +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14023917        Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 22 2018 02:00:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2018 02:00:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2018 02:00:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14023880       +E-mail/Text: backoffice@affirm.com May 22 2018 02:01:00     Affirm Inc,    633 Folsom St Fl 7,
                 San Francisco, CA 94107-3618
14023881       +E-mail/Text: broman@amhfcu.org May 22 2018 02:00:47     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14023882       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 09:50:47     Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
14023883       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 11:18:38     Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14023884       +E-mail/Text: bkr@cardworks.com May 22 2018 02:00:30     Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14023893        E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Country Door,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14041037       +E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Country Door,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14023896       +E-mail/Text: bankruptcy@erieinsurance.com May 22 2018 02:00:59     Erie Insurance Group,
                 100 Erie Insurance Place,    Erie, PA 16530-0001
14023897        E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Ginny’s,    112 7th Avenue,
                 Monroe, WI 53566-1364
14041034       +E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Ginny’s,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14054130        E-mail/Text: bkr@cardworks.com May 22 2018 02:00:30     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14051344       +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2018 02:00:44     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14023899        E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Midnight Velvet,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14041026       +E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Midnight Velvet,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14023900        E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Montgomery Ward,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14041027       +E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01     Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
```

```
District/off: 0313-2           User: John                 Page 2 of 2                  Date Rcvd: May 21, 2018
                               Form ID: 152               Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14037531        +E-mail/Text: bankruptcygroup@peco-energy.com May 22 2018 02:00:34      PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
14023904         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:25:03
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14023905         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:08:43
                 Portfolio Recovery Associates, LLC,    140 Corporate Blvd.,   Norfolk, VA 23502
14031540         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:08:43
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14024516        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:25:10
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14023901        +E-mail/Text: blegal@phfa.org May 22 2018 02:00:46      Pa Housing Finance Age,   Po Box 8029,
                 Harrisburg, PA 17105-8029
14023903        +E-mail/Text: bankruptcygroup@peco-energy.com May 22 2018 02:00:34      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14055879        +E-mail/Text: blegal@phfa.org May 22 2018 02:00:46      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14035823         E-mail/Text: bnc-quantum@quantum3group.com May 22 2018 02:00:34
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
14023907         E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01      Seventh Avenue,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14041043        +E-mail/Text: bankruptcy@sccompanies.com May 22 2018 02:01:01      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
14023909        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 02:08:30      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14023910        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 02:08:30      Synchrony Bank/QVC,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14023911        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 02:08:43      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14023912        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 02:08:43      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14055806        +E-mail/Text: bncmail@w-legal.com May 22 2018 02:00:48      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14023915        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 22 2018 02:00:30
                  Verizon,   Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 36

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14056429*       +American Heritage FCU,   2060 Red Lion Rd,   Philadelphia PA 19115-1699
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Tramell D Knight dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tramell D Knight
    Debtor(s)

Case No: 17–18197–mdc

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 6/14/18 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

24 – 17
Form 152