IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           :        CHAPTER 13

Tramell D. Knight                :        No. 17-18197-MDC
    Debtor

ANSWER TO MOTION OF AMERICAN HERITAGE FEDERAL CREDIT UNION
FOR RELIEF FROM THE AUTOMATIC STAY

1.   Admitted.

2.   Admitted.

3.   Admitted.

4.   Admitted.

5.   Denied.

6.   Admitted.

7.   Denied that debtor has missed any payments.

8.   Denied as relevant.

9.   Debtor opposes the same.

10.  Debtor opposes the same.

11.  Denied.

12.  Denied.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 12/14/18