United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18197-mdc
Tramell D Knight                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: YvetteWD | Page 1 of 1 | Date Rcvd: Sep 23, 2020 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.
db        +Tramell D Knight,   6724 Rutland Street,   Philadelphia, PA 19149-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:
    DAVID M. OFFEN    on behalf of Debtor Tramell D Knight dmo160west@gmail.com,
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
    HEATHER STACEY RILOFF    on behalf of Creditor    AMERICAN HERITAGE FEDERAL CREDIT UNION
     heather@mvrlaw.com,   Michelle@mvrlaw.com
    KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
     bkgroup@kmllawgroup.com
    LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
     dmaurer@pkh.com;mgutshall@pkh.com
    REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
     bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Tramell D. Knight aka Traemell D Knight-Craig <br> <u>Debtor</u> | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br> <u>Movant</u> <br> vs. | NO. 17-18197 MDC |
| Tramell D. Knight aka Traemell D Knight-Craig <br> <u>Debtor</u> <br> William C. Miller, Esquire <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## AMENDED STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. This stipulation hereby amends and supersedes the stipulation approved by this Court on August 25, 2020.

2. The post-petition arrearages referenced in the motion for relief have been cured, and Debtor(s) is/are current on post-petition loan payments through September 1, 2020.

3. Debtor(s) shall maintain post-petition contractual monthly loan payments due to Movant going forward, beginning with the payment due October 1, 2020 in the amount of $514.21.

4. In the event that the payments under Section 2 above are not tendered, the Movant shall notify Debtor(s) and Debtor(s) attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant immediate relief from the automatic stay, under which the stay provided by Bankruptcy Rule 4001(a)(3) is waived.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

6. If the case is converted to Chapter 7, the Movant may file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

    7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

    8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

Date:   September 10, 2020      By: /s/ *Rebecca A. Solarz, Esquire*
    Attorney for Movant

Date: *September 18, 2020*      /s/ *David M. Offen, Esquire*
    David M. Offen, Esquire
    Attorney for Debtor

Date: *September 22, 2020*      /s/ LeeAne O. Huggins      No Objection
    William C. Miller, Esquire
    Chapter 13 Trustee

Approved by the Court this __23rd__ day of _____September_____, 2020. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge