United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-18197-mdc
Tramell D Knight     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Nov 18, 2022     Form ID: 138OBJ     Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tramell D Knight, 6724 Rutland Street, Philadelphia, PA 19149-2130 |
| 14023886 | | City of Philadelphia, Code Violation Enforcement, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 14023887 | + | Clarence Craig, 5030 N. 7th Street, Philadelphia, PA 19120-3104 |
| 14023895 | + | Drs. Funt & Mogyoros, 401 Township Line Road, Suite C, Elkins Park, PA 19027-2277 |
| 14039334 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14023906 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants, P.O. Box 51187, Durham, NC 27717-1187 |
| 14023908 | | Southwest Credit Systems, LP, PO Box 650543, Dallas, TX 75265-0543 |
| 14023914 | + | Transworld Systems. - SBEND, P.O. Box 15270, Wilmington, DE 19850-5270 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 19 2022 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14023880 | + | Email/Text: backoffice@affirm.com | Nov 19 2022 00:16:00 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 14023881 | + | Email/Text: broman@amhfcu.org | Nov 19 2022 00:15:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14110550 | | Email/Text: megan.harper@phila.gov | Nov 19 2022 00:16:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14023882 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:22:06 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14023883 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2022 00:22:12 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14023884 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 19 2022 00:22:06 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14023885 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:22:07 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14023889 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2022 00:15:00 | Comenity Bank/Jessica London, Po Box 182125, Columbus, OH 43218-2125 |

Case 17-18197-mdc    Doc 65    Filed 11/20/22    Entered 11/21/22 00:33:45    Desc Imaged
                               Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 138OBJ | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 14023891 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2022 00:15:00 | Comenity Bank/OneStopPlus.com, Po Box 182125, Columbus, OH 43218-2125 |
| 14023888 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2022 00:15:00 | Comenity Bank/fashbug, Po Box 182272, Columbus, OH 43218-2272 |
| 14023890 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2022 00:15:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14023892 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2022 00:15:00 | Comenity Bank/roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 14023893 | | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Country Door, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14041037 | + | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14023916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2022 00:22:07 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14023894 | ^ | MEBN | Nov 19 2022 00:10:28 | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 14023896 | + | Email/Text: bankruptcy@erieinsurance.com | Nov 19 2022 00:16:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 14041034 | + | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14023897 | | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Ginny's, 112 7th Avenue, Monroe, WI 53566-1364 |
| 14023898 | ^ | MEBN | Nov 19 2022 00:10:37 | KML Law Group, Suite 5000 - Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14054130 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 19 2022 00:22:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14038752 | + | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:15:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14051344 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 19 2022 00:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14023899 | | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14041026 | + | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14023900 | | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14041027 | + | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14037531 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 19 2022 00:15:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14023904 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:22:23 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14023905 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:22:13 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd., Norfolk, VA 23502 |
| 14031540 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2022 00:22:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14024516 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 19 2022 00:22:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14023901 | + | Email/Text: blegal@phfa.org | Nov 19 2022 00:15:00 | Pa Housing Finance Age, Po Box 8029, |

Case 17-18197-mdc   Doc 65   Filed 11/20/22   Entered 11/21/22 00:33:45   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 138OBJ | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17105-8029 |
| 14023902 | | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14023903 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 19 2022 00:15:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14055879 | + | Email/Text: blegal@phfa.org | Nov 19 2022 00:15:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14035823 | | Email/Text: bnc-quantum@quantum3group.com | Nov 19 2022 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14041043 | + | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14023907 | | Email/Text: bankruptcy@sccompanies.com | Nov 19 2022 00:16:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14023909 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:07 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14023910 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14023911 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14023912 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 19 2022 00:22:06 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14055806 | + | Email/Text: bncmail@w-legal.com | Nov 19 2022 00:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14023913 | + | Email/Text: bncmail@w-legal.com | Nov 19 2022 00:15:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14023915 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 19 2022 00:15:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14023917 | | Email/Text: megan.harper@phila.gov | Nov 19 2022 00:16:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14056429 | *+ | American Heritage FCU, 2060 Red Lion Rd, Philadelphia PA 19115-1699 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Nov 18, 2022 | Form ID: 138OBJ | Total Noticed: 57

Date: Nov 20, 2022  Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Tramell D Knight dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HEATHER STACEY RILOFF | on behalf of Creditor AMERICAN HERITAGE FEDERAL CREDIT UNION logsecf@logs.com Michelle@mvrlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Tramell D Knight

        Debtor(s)                                         Case No: 17−18197−mdc

                                                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                Suite 400
                            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/18/22