IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :      Chapter 13

Tramell D Knight                        :      Case No. 17-18197-MDC

    Debtor

**ORDER**

AND NOW, this <u>  22nd  </u> day of <u>                             November            </u>, 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE**